IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–02007–EWN–MJW

JASON WEBER,

    Plaintiff,

v.

STEVEN GREEN, and
KEN SALAZAR, Attorney General for Colorado,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the court on the "Motion to Dismiss" filed December 18, 2006. The court having read the Motion to Dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 18th day of December, 2006.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                EDWARD W. NOTTINGHAM
                                United States District Judge